IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


JAMES EARL MASHBURN                                                              PLAINTIFF

v.                               Case No. 2:16-CV-2249

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                   DEFENDANT


## ORDER

The Court has received proposed findings and recommendations (Doc. 16) from Chief United States Magistrate Judge Barry A. Bryant. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 16th day of November, 2017.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE